**IN THE SUPREME COURT OF PENNSYLVANIA**

REAPPOINTMENT TO CRIMINAL      : NO. 493
PROCEDURAL RULES COMMITTEE  : CRIMINAL PROCEDURAL RULES
                                          : DOCKET
                                          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2017, the Honorable Margherita Patti Worthington, Monroe County, is hereby reappointed as a member of the Criminal Procedural Rules Committee, for a term expiring January 1, 2021.